FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 01, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>ALEJANDRO SERRATO-ALCALA,<br><br>     Defendant. | No. 05-CR-2127-EFS<br><br>**ORDER GRANTING THE GOVERNMENT'S MOTION TO DISMISS AND QUASH ARREST WARRANT** |

Before the Court, without oral argument, is the United States' Motion to Dismiss Without Prejudice and Quash Arrest Warrant, ECF No. 7. The United States seeks the Court's leave to dismiss the Indictment, ECF No. 1, without prejudice as to Defendant Alejandro Serrato-Alcala pursuant to Federal Rule of Criminal Procedure 48(a). The United States also moves to quash Mr. Serrato-Alcala's arrest warrant.

Having reviewed the pleadings, the Court grants the United States leave to dismiss the Indictment. The Court makes no judgment as to the merit or wisdom of this dismissal.

Accordingly, **IT IS HEREBY ORDERED:**

1. The United States' Motion to Dismiss Without Prejudice and Quash Arrest Warrant, **ECF No. 7**. are **GRANTED.**

2. The Indictment, **ECF No. 1**, is **DISMISSED WITHOUT PREJUDICE** as to Defendant Alejandro Serrato-Alcala.

3. The arrest warrant for Defendant Alejandro Serrato-Alcala, **ECF No. 5**, is **QUASHED**.

4. All hearings are **STRICKEN**, and all pending motions are **DENIED AS MOOT**.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this  1st  day of October 2021.


_____s/Edward F. Shea_____
EDWARD F. SHEA
Senior United States District Judge